**FILED**

04/27/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0104

IN THE SUPREME COURT OF THE STATE OF MONTANA

Supreme Court Cause No. DA 21-0104

* * * * * * * * * *

ERIC HATHAWAY,              )

            )

    Plaintiff and Appellant,    )

            )

vs                   )    **ORDER GRANTING**

            )    **APPELLANT'S MOTION FOR**

ZOOT ENTERPRISES, INC.,   )    **EXTENSION OF TIME TO**

            )    **FILE OPENING BRIEF**

    Defendant and Appellee.   )

            )

Based upon the unopposed motion filed by Appellant Eric Hathaway and pursuant to Rule 26(1) M.R.App.P., the time withing which Appellant has to file his opening brief is extended from May 12, 2021 to June 12, 2021.

DATED this _____ day of _____, 2021.

_____

c.    John M. Kauffman
     Jill Gerdrum

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
April 27 2021